VICTORIA RACHUBKA, an Infant, by FRANK RACHUBKA, Her Guardian ad Litem, Respondent, v. FRANK SARGESE and Another, Appellants.— Order affirmed, with costs. All concur.

FRANK FANARA, Respondent, v. EDWARD H. BUTLER, Doing Business under the Assumed Name and Style of BUFFALO EVENING NEWS, Appellant.— Judgment and order affirmed, with costs. All concur.

THE ENGLISH CONSTRUCTION COMPANY, INC., Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent.— Judgment affirmed, with costs to the defendant. All concur.

JOHN L. WEIGAND, Appellant, v. PETER J. SCHMITT and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Respondent, v. ROLLS-ROYCE OF AMERICA, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. .

In the Matter of the Estate of PLINY T. SEXTON, Late of the Town of Palmyra, Deceased.— Decree affirmed, with costs. All concur.

MARTHA M. SIMONS, as Administratrix, etc., of JAMES M. SIMONS, Respondent, v. TERMINAL CAB CORPORATION, Appellant.*— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and facts on the ground that the finding of the jury that the accident was the proximate cause of the death of plaintiff's intestate was contrary to and against the weight of the evidence.

TRANSIT EQUIPMENT COMPANY, Appellant, v. JOHN H. WALLIN, Respondent.— Judgment and order affirmed, with costs. All concur.

TOWN OF BRIGHTON, Appellant, v. ROCHESTER WILLITE CORPORATION and Another, Respondents.— Appeal dismissed, with ten dollars costs and disbursements, under the provisions of section 557 of the Civil Practice Act. All concur.

BLANCHE L. MINK, Respondent, v. REGINA MINK, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that there was an absence of proof sufficient to warrant the introduction of secondary evidence as to the contents of the letter claimed to have been written by the defendant to the plaintiff's husband which the plaintiff testified that she found on her husband's dresser in his room in Cincinnati. (Kearney v. Mayor, etc., of City of New York, 92 N. Y. 617; Cole v. Canno, 168 App. Div. 178; Wigm. Ev. [2d ed.] ¶ 1213.) All concur.

BLANCHE L. MINK, Respondent, v. REGINA MINK, Appellant.— Appeal from order denying motion for a new trial on the ground of newly-discovered evidence dismissed, without costs as academic in view of the decision made on the appeal from the judgment [ante, p. 943]. All concur.

OLIVER GOLDSMITH, Appellant, v. GENERAL OUTDOOR ADVERTISING COMPANY, INC., Respondent.— Judgment affirmed, with costs. All concur. [147 Misc. 536.]

THE MONROE COUNTY SAVINGS BANK, Respondent, v. THOMAS E. LUNT and Others, Defendants, Impleaded with HENRY L. F. TREBERT, Individually and as Executor, etc., of MAUDE W. TREBERT, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOSEPHINE MELE, Appellant, v. THE UNION FIRE INSURANCE COMPANY OF PARIS,

*Affd., 264 N. Y. 644.